**Lawrence DAVIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 85766.**

Missouri Court of Appeals,
Eastern District,
Division Five.

May 16, 2006.

Jo Ann Rotermund, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Victor J. Melenbrink, Jefferson City, MO, for Respondent.

Before GLENN A. NORTON, C.J., ROBERT G. DOWD, JR., J. and ROY L. RICHTER, J.

*ORDER*

PER CURIAM.

Lawrence Davis appeals the judgment of the motion court denying his Rule 29.15 motion for post-conviction relief after evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).